NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1121

HONEYWELL INTERNATIONAL INC. and
HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs-Appellants,

v.

NOKIA CORPORATION, NOKIA INC., FUJITSU LIMITED, FUJITSU AMERICA, INC.,
FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., ALL AROUND CO. LTD.,
BOE-HYDIS TECHNOLOGY CO. LTD., PICVUE ELECTRONICS LIMITED,
CURITEL COMMUNICATIONS, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V.,
HIGH TECH COMPUTER CORPORATION, WISTRON CORPORATION,
MATSUSHITA ELECTRICAL INDUSTRIAL CO., MATSUSHITA ELECTRICAL
CORPORATION OF AMERICA, SEIKO EPSON CORPORATION,
ARGUS (also known as Hartford Computer Group Inc.),
TOSHIBA AMERICA, INC., and TOSHIBA CORPORATION,

Defendants,

and

FUJIFILM CORPORATION and FUJIFILM U.S.A.,

Defendants-Appellees,

and

SAMSUNG SDI AMERICA INC. and SAMSUNG SDI CO. LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in consolidated case nos. 04-CV-1337, 04-CV-1338, 04-CV-1536, and 05-CV-0874, Judge Joseph J. Farnan, Jr.

ON MOTION

Before MOORE, Circuit Judge,

## O R D E R

The appellees move to "limit the scope of review on appeal." Honeywell International Inc. et al. (Honeywell) oppose. The appellees reply. Honeywell moves without opposition to stay the briefing schedule pending disposition of the motion to limit the scope of review.

To the extent that the appellees are attempting to preemptively assert that Honeywell cannot make arguments in the appellants' opening brief concerning claim construction, we deny the motion without prejudice to the appellees arguing in their brief that Honeywell's arguments should not be considered.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to limit the scope of review on appeal is denied.

(2)    The motion to stay the briefing schedule is granted to the extent that Honeywell's opening brief is due within 21 days of the date of filing of this order.

FOR THE COURT

FEB 2 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Matthew L. Woods, Esq.
       Richard L. Horwitz, Esq.
       Lawrence Rosenthal, Esq.
       Stephen S. Korniczky, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK

2010-1121                                    2